IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN DeWITT,

    Plaintiff,

    v.

DELAWARE VALLEY SCHOOL
DISTRICT, et al.,

    Defendants.

CIVIL ACTION NO. 3:10-CV-1836

(JUDGE CAPUTO)

## MEMORANDUM ORDER

On July 25, 2011, the Court granted Defendants' Motion to Dismiss as to Plaintiff's federal claims, and allowed Plaintiff twenty-one (21) days to file an amended complaint in accordance with the Court's Opinion. As no such amended complaint has been filed, the Court will therefore decline to exercise supplemental jurisdiction and will **REMAND** the action to the Court of Common Pleas of Pike County, Pennsylvania for analysis of the remaining negligence claims.

_November 14, 2011_
Date

_/s/ A. Richard Caputo_
A. Richard Caputo
United States District Judge

FILED
SCRANTON

NOV 14 2011

PER _____
    DEPUTY CLERK